**COHELAN KHOURY & SINGER**
Isam C. Khoury (SBN 58759)
ikhoury@ckslaw.com
Maggie K. Realin (SBN 263639)
mrealin@ckslaw.com
605 C Street, Suite 200
San Diego, CA 92101
Telephone: (619) 595-3001
Facsimile: (619) 595-3000

Attorneys for Plaintiff Laura Seisinger

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LAURA SEISINGER, Individually and On Behalf of All Others Similarly Situated,<br><br>          Plaintiff,<br>     v.<br><br>COLOR IMAGE APPAREL D/B/A ALO YOGA, a California Corporation; ALO, LLC, a California Corporation; and DOES 1 through 100, Inclusive<br><br>          Defendants. | Case No. 2:25-cv-09238-ODW-MAR<br><br>**CLASS ACTION**<br><br>**NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE**<br>**(Fed. Rule Civ. P. 41(a))**<br><br><br>Complaint filed:  September 26, 2025<br>Trial date:         Not Set |

Notice of Voluntary Dismissal Without Prejudice
Case No. 2:25-cv-09238-ODW-MAR

NOTICE IS HEREBY GIVEN that pursuant to Federal Rules of Civil Procedure 41(a)(1)(A)(i), Plaintiff LAURA SEISINGER, on behalf of herself and all others similarly situated, voluntarily dismisses without prejudice the above-titled action against Defendants COLOR IMAGE APPAREL D/B/A ALO YOGA and ALO, LLC. This notice of dismissal is being filed with the Court before service by Defendant of either an answer or a motion for summary judgment.

COHELAN KHOURY & SINGER

Dated: November 4, 2025   By: s/Maggie Realin
                                                     Isam C. Khoury
                                                     Maggie K. Realin
                                        Attorneys for Plaintiff Laura Seisinger, on behalf of herself and all others similarly situated